**Order entered September 10, 2014**



In The

## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-13-01437-CR

**STEPHEN GLEN LIMBAUGH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 2**
**Dallas County, Texas**
**Trial Court Cause No. F12-21347-I**

## ORDER

The Court **REINSTATES** the appeal.

On August 1, 2014, we ordered the trial court to appoint new counsel to represent appellant in this appeal. We have received the trial court's order appointing Bruce Anton as appellant's attorney, as well as Mr. Anton's notice of appearance. We have also received appellant's brief.

Accordingly, we **DIRECT** the Clerk to list Bruce Anton as appellant's attorney of record.

The State's brief is due within thirty days of the date of this order.

/s/     DAVID EVANS
          JUSTICE